UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.   23-CR-10186-ADB |
| | ) | |
| ZION FORD | ) | |

**Motion for Temporary Release to Attend Funeral**

Defendant Zion Ford hereby moves for an order of temporary release so that he may attend the funeral of his maternal grandfather, Lorenzo Graham, who died on August 11, 2024. His funeral will take place at 11:00 a.m. (with viewing at 10:00 a.m) on September 7, 2024 at a funeral home in Dorchester, and he will be interred at a cemetery in Hyde Park immediately after the service.

Ford is held on an order of voluntary detention that was entered at his initial appearance. The court should order his release on September 7, 2024 so that he may attend the viewing and service at the funeral home and the burial at the cemetery. Full details of the locations will be provided to the court, The Probation Office, and the US Marshal Service.

ZION FORD
 By his attorney,

/s/ *E. Peter Parker*
E. Peter Parker
 B.B.O. #552720
Law Office of E. Peter Parker
The Wheelhouse at Bradford Mill
33 Bradford St
Concord, MA  01742
(617) 742-9099
peter@parkerslaw.com

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 26, 2024.

                                         /s/ *E. Peter Parker*
                                         E. Peter Parker