UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.   23-CR-10186-ADB |
| | ) | |
| ZION FORD | ) | |

**Motion for Appointment of New CJA Counsel**

Defendant Zion Ford hereby moves for appointment of new CJA counsel. As grounds for this motion, Ford states that there has been a breakdown in the attorney-client relationship and that he believes that he will be better served by new counsel.

ZION FORD
 By his attorney,

/s/ *E. Peter Parker*
E. Peter Parker
 B.B.O. #552720
Law Office of E. Peter Parker
The Wheelhouse at Bradford Mill
33 Bradford St
Concord, MA  01742
(617) 742-9099
peter@parkerslaw.com


Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 20, 2025.

/s/ *E. Peter Parker*
E. Peter Parker