UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | DOCKET NO. 23-cr-10186 |
| ) | |
| ZION FORD ) | |

## MOTION FOR TRANSCRIPTS

Defendant Zion Ford ("Defendant") hereby moves this Court to authorize funds for the production, and his receipt, of transcripts of co-defendant Keyon Roberson's Rule 11 hearing on April 10, 2025, and sentencing hearing on July 22, 2025 (Court Reporter Kelly Mortellite has estimated the cost of producing these transcripts to be $140.00, and the appropriate CJA form has been initiated on her behalf). The cost of these transcripts is a reasonable and necessary expense for the Defendant to prepare for the upcoming trial/plea in his case.

Respectfully Submitted,

DEFENDANT ZION FORD

by his attorney

*/s/John F Palmer*
John F. Palmer
Email: jpalmer@jfpalmerlaw.com
18 Main Street Extension
Suite 201B
Plymouth, MA 02360
Tel: 617-943-2602

CERTIFICATE OF SERVICE

      I, John F. Palmer, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on August 18, 2025.

      */s/John F. Palmer*