UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )   DOCKET NO. 23-cr-10186<br>)<br>ZION FORD   )<br>) | |

**STATUS REPORT**

The parties appeared before the Court via Zoom on August 13, 2025, for status conference. After hearing from counsel, the Court ordered each defendant to file a status report by September 18, 2025, detailing, *inter alia*, the status of discovery. Pursuant to the Court's order, Defendant Zion Ford submits the following report.

Undersigned counsel was appointed to represent Defendant Ford on April 10, 2025. Subsequently, counsel obtained a hard drive of discovery provided to prior counsel as well as an additional hard drive provided by the Government. The discovery is voluminous. Counsel also conferred with the Coordinating Discovery Attorney and accessed their CasePoint platform to assist in the review of the discovery. On June 26, 2025, counsel sent to Wyatt Detention Facility the updated hard drive which the Government had provided to counsel. The protocol which Wyatt is currently following with respect to discovery hard drives is to retain custody of the hard drives and allow defendants access only on facility computers once a week for three hours. Defendant Ford has complained about his limited access to the voluminous discovery [counsel is working with Wyatt to expand the time for Ford to review discovery]. It should be noted that counsel spent approximately twenty-five hours reviewing the discovery provided to date.

On July 30, 2025, counsel sent the Government a discovery letter, concerning two of the

predicate offenses which the Government has deemed most applicable to Defendant Ford. On September 9, 2025, the Government agreed to provide audio/transcript evidence concerning one of the predicate offenses, subject to a protective order. Counsel assented to the protective order and, on September 11, 2025, was provided with the audio/transcript evidence which is still being reviewed. On September 10, 2025, counsel also requested that the Government provide further information, as set forth in the discovery letter, concerning the pertinent predicate offense. To date there has been no response.

The Court has requested that counsel indicate a time the case would be ready for pretrial conference. Ford's case will not be ready until all discovery requested has been provided and reviewed, with an opportunity to file discovery motions and dispositive motions, if deemed appropriate. In lieu of setting a date for pretrial conference at this time, Defendant Ford would request a further status date (45 days) before the Magistrate to report on the progress on these outstanding issues.

    Respectfully Submitted,

    DEFENDANT ZION FORD

    by his attorney

    <u>/s/John F Palmer</u>
    John F. Palmer
    Email: jpalmer@jfpalmerlaw.com
    18 Main Street Extension
    Suite 201B
    Plymouth, MA 02360
    Tel: 617-943-2602

CERTIFICATE OF SERVICE

    I, John F. Palmer, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on September 18, 2025.

    */s/John F. Palmer*