UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
v.                       )        DOCKET NO. 23-cr-10186
                         )
ZION FORD                )
                         )

## MOTION FOR LEAVE TO FILE MOTION FOR BILL OF PARTICULARS

Defendant Zion Ford ("Defendant") hereby moves this Court for leave to file a motion for bill of particulars pursuant to Rule 7(f) of the Federal Rules Of Criminal Procedure. The delay in this request was the result of undersigned counsel's late entry into the case, review of voluminous discovery materials, and efforts made to resolve the case without a trial.

As grounds for this motion, Defendant states that a bill of particulars is necessary in order to "to provide the accused with detail of the charges against him … to enable him to prepare his defense, to avoid surprise at trial, and to protect against double jeopardy." *United States v. Paiva,* 892 F.2d 148, 154 (1st Cir. 1989). Additional support for a bill of particulars in this case is included in the copy of the Motion For Bill Of Particulars, appended hereto as an Exhibit.

Defendant notified the Government on June 25, 2026, of his intention to file this motion but the Government has not responded with its position.

Respectfully Submitted,

DEFENDANT ZION FORD

by his attorney

*/s/John F Palmer*
John F. Palmer
Email: jpalmer@jfpalmerlaw.com
18 Main Street Extension

Suite 201B
Plymouth, MA 02360
Tel: 617-943-2602

CERTIFICATE OF SERVICE

I, John F. Palmer, hereby certify that this document filed through the ECF system will be

sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing

(NEF) on July 2, 2026.

 */s/John F. Palmer*