UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 23cr10186-ADB |
| | ) | |
| ZION FORD | ) | |

## MOTION FOR EXTENSION OF TIME TO FILE OPPOSITIONS TO MOTIONS

The United States hereby moves that the Court grant an extension of the time to file oppositions to Defendant's Motion for Bill of Particulars [Doc. No. 578] and Motion for Exculpatory Evidence [Doc. No. 578].   The motions were filed on July 2, 2026.   Counsel for the government requests that the government's opposition briefs be filed on August 6, 2026, which is an additional 21 days.   In support of this motion, the government needs additional time to finalize the oppositions as counsel for the government was involved in a jury trial in this District which (1) began on July 10, 2026, and ended on July 14, 2026, and (2) involved several Constitutional issues related to the defendant's *pro se* representation.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:   */s/ Michael Crowley*
MICHAEL CROWLEY
Assistant U.S. Attorney

1

## CERTIFICATE OF SERVICE

I, Michael J. Crowley, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on this date.

/s/ Michael J. Crowley
MICHAEL J. CROWLEY
Assistant U.S. Attorney