UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO. 23-cr-10186 |
| | ) | |
| ZION FORD | ) | |
| | ) | |

REQUEST FOR HEARING

Defendant Zion Ford ("Defendant") hereby requests a hearing on his Motion For Leave To File and Motion For Bill of Particulars, and Motion For Exculpatory Evidence, filed on July 2, 2026. See Documents #578 & #579. The Government filed Oppositions on August 6, 2026. See Documents #613 & #614.

Defendant seeks a resolution of these motions to expedite his preparations for trial. Defendant's counsel would request a hearing date on or after September 21, 2026, because of commitments prior to that date.

Respectfully Submitted,
DEFENDANT ZION FORD
by his attorney

*/s/John F Palmer*

John F. Palmer
Email: jpalmer@jfpalmerlaw.com
18 Main Street Extension
Suite 201B
Plymouth, MA 02360
Tel: 617-943-2602

CERTIFICATE OF SERVICE

I, John F. Palmer, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing

(NEF) on August 31, 2026.

*/s/John F. Palmer*