UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO. 23-cr-10186 |
| | ) | |
| ZION FORD | ) | |
| | ) | |

**SUPPLEMENTAL MEMORANDUM**

Defendant Zion Ford ("Defendant") submits this Supplemental Memorandum with attached cases pursuant to the Court's request at the hearing on Defendant's Motion For Bill Of Particulars conducted on September 29, 2026.

Respectfully Submitted,
DEFENDANT ZION FORD
by his attorney

*/s/John F Palmer*

John F. Palmer
Email: jpalmer@jfpalmerlaw.com
18 Main Street Extension
Suite 201B
Plymouth, MA 02360
Tel: 617-943-2602

CERTIFICATE OF SERVICE

I, John F. Palmer, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on September 30, 2026.

*/s/John F. Palmer*