UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | DOCKET NO. 23-cr-10186 |
| ZION FORD | ) | |

**AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION FOR RECONSIDERATION OF DENIAL OF MOTION FOR EXCULPATORY EVIDENCE**

I, John F. Palmer, hereby depose as follows:

1. I am the attorney of record for Defendant Zion Ford.

2. The investigation into the activities of Boston's Heath Street gang, including the alleged involvement of Zion Ford, is documented in the Affidavit of Detective Brian Ball of the Boston Police Department. See Document No. 64-1, filed 2/14/24. Investigations into the Heath Street gang have been undertaken in coordination with federal authorities. See id.

3. Detective Ball also submitted an Affidavit of Brian Ball In Support of Applications For Search Warrants which documents the partnership between federal and state authorities. See Exhibit #2 submitted herewith.

4. On or about September 28, 2026, the Government provided defense counsel with a report from Boston Police Detective John F. Callahan, dated February 26, 2026. See Exhibit #3 submitted under seal. The report purports to be of an interview with a witness appearing pursuant to a subpoena from the Suffolk Grand Jury, relative to the alleged homicide on January 6, 2021. The witness provided incriminating information concerning Zion Ford

which was inconsistent with a prior recorded statement that he had given on January 6, 2021.

5. A codefendant in this case, Michael Riley, was provided by the Government with the entire state "DA's file" with respect to the predicate offense(s) in his case, which involved a different shooting within the City of Boston.

Signed under the penalties of perjury on this 6th day of November 2026.

*/s/John F Palmer*
John F. Palmer
Email: jpalmer@jfpalmerlaw.com
18 Main Street Extension
Suite 201B
Plymouth, MA 02360
Tel: 617-943-2602

CERTIFICATE OF SERVICE

I, John F. Palmer, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on November 6, 2026.

*/s/John F. Palmer*