**24-MJ-1024-DLC**
**24-MJ-1025-DLC**

# AFFIDAVIT OF DETECTIVE BRIAN BALL IN SUPPORT OF APPLICATIONS FOR SEARCH WARRANTS

I, Detective Brian Ball, state:

## Introduction and Affiant Background

1. I am presently a Boston Police Department ("BPD") Detective, currently assigned to the Boston Police Youth Violence Strike Force ("YVSF"). I have been a Boston Police Officer since 2003 and was promoted to Detective in June of 2015. I am also federally deputized as a Task Force Officer assigned to the U.S. Marshals Massachusetts Task Force. My duties as a Detective and Task Force Officer include evidence collection and analysis and the coordination of investigations both within the YVSF and with outside agencies. I am also responsible for preparing search warrants and assisting with the execution of those warrants. I have participated in numerous state and federal investigations that have resulted in the seizure of firearms and drugs.

2. From 2008 to 2015, I was assigned to the YVSF as a patrolman. My duties during that period involved interacting with and monitoring violent Boston street gangs. I also took part in numerous state and federal investigations targeting Boston gang activity. Upon my promotion to Detective in 2015, I was assigned to the District B-2 Detective Unit where I investigated gang-related shootings and homicides. From 2016 to the present, I have been assigned to YVSF as a Detective and my primary duty has been to initiate and coordinate both short-term and long-term investigations focused on deterring and disrupting gang-related violence. These investigations, both state and/or federal, have often been undertaken in partnership with state and/or federal law enforcement agencies.

3. As part of my experience investigating gangs, I have participated in an investigation involving a gang-related racketeering conspiracy under 18 U.S.C. § 1962(d), as well as other federal crimes. I have also participated in various other federal investigations involving federal crimes committed by street gang members/associates in the Boston area. These state and federal investigations have required the use of confidential informants/cooperating witnesses, electronic monitoring equipment, surveillance, and search warrants. I have testified in both state and federal court on numerous occasions.

4. The YVSF, the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), Homeland Security Investigations ("HSI"), the United States Secret Service ("USSS"), the Department of Labor ("DOL"), the Internal Revenue Service ("IRS"), the Department of Agriculture ("USDA"), the Massachusetts State Police ("MSP"), the Boston Housing Authority Police Department ("BHAPD"), and the Suffolk County Sheriff's Department ("SCSD") have been investigating a criminal organization and street gang known as the "Heath Street Gang" (a/k/a "Heath Street" a/k/a "Heath" a/k/a "Heat" a/k/a "Trottie Gang" a/k/a "Bromley" and/or "Bromley-Heath Projects") and its members and/or associates for various federal crimes, including, but not limited to, racketeering conspiracy, in violation of 18 U.S.C. § 1962(d); possession of firearms in furtherance of crimes of violence and/or drug trafficking, in violation of 18 U.S.C. § 924(c); and conspiracy to possess firearms in furtherance of crimes of violence and/or drug trafficking, in violation of 18 U.S.C. § 924(o) (the "Target Offenses"). The investigation has established that Heath Street Gang members and/or associates have been and continue to be involved in various crimes, including, but not limited to, murders, attempted murders, robberies, drug trafficking, firearms crimes, obstruction of justice, witness tampering, and financial crimes. The Heath Street

Gang's criminal activities have taken place in several communities in Massachusetts including, but not limited to, Boston, Somerville, Chelsea, Brockton, Weymouth, Dedham, and Worcester. The gang's criminal activities have also taken place in other states, including Maine and California.

5. I submit this affidavit in support of applications for search warrants to search electronic equipment, specifically two cellular phones found abandoned and seized during the processing and investigation of a homicide crime scene in the area of 749 Morton Street in the Mattapan neighborhood of Boston, MA on January 6, 2021 (collectively, "the equipment" or "the Target Telephones") that are in the possession of law enforcement investigators, as described below and in Attachments A-1 and A-2. As stated herein, based on the investigation, the homicide is believed to have stemmed from a gang-related shooting initiated by Heath Street Gang members/associates against rival gang members/associates. There is probable cause to believe that the Target Telephones contain evidence, fruits, and instrumentalities of violations of the Target Offenses, as described herein and in Attachment B. The Target Telephones are as follows:

a. 24-MJ-1024-DLC: A black iPhone in a black case with assigned IMEI 354918098294783, recovered abandoned in the area of 745 Morton Street on January 6, 2021 ("Target Telephone 1"), currently in the possession of the Boston Police Department, being stored at its facilities, further described in Attachment A-1; and

b. 24-MJ-1025-DLC: A black iPhone in a blue case with assigned IMEI 356462104120714, recovered abandoned in the area of 732 Morton Street on January 6, 2021 ("Target Telephone 2"), currently in the possession of the United States Secret Service, being stored at its facilities, further described in Attachment A-2.

6. The facts in this affidavit come from my personal observations and review of records, my training and experience, and information obtained from other agents, witnesses, public records, and database checks. This affidavit is intended to show merely that there is sufficient

probable cause for the requested search warrants and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE TO BELIEVE THAT A FEDERAL CRIME WAS COMMITTED

### The Heath Street Gang Background

7. As set forth above, we are presently investigating the criminal activities of the Heath Street Gang.[1] While it is now involved in criminal activities in several different communities and areas, the Heath Street Gang began in what is now known as the Mildred C. Hailey Apartments, a public housing development located in the Jamaica Plain section of Boston (the "Mildred Hailey Housing Development").[2] The Heath Street Gang was formed in the 1980s. Over the last approximately 40 years, there have been numerous federal, state, and local investigations involving the criminal activities of members/associates of the Heath Street Gang; I have personally participated in a number of these investigations. These investigations have identified that members/associates of the Heath Street Gang commit various crimes (including violent crimes and drug trafficking) and work together to facilitate the commission of these crimes. Based on my personal experience investigating criminal activities in Boston, the Heath Street Gang continues to operate and to engage in a variety of crimes, including, but not limited to, violent crimes (such as murders and attempted murders), drug trafficking crimes, and financial crimes.

---

[1] In addition to the present ongoing investigation of the Heath Street Gang, pursuant to my duties with the BPD, I have been involved in various investigations involving members/associates of the Heath Street Gang over a period of at least 15 years. During this period, I have not only been involved in criminal investigations of Heath Street Gang members/associates, I have also interacted and had conversations with various individuals who identified themselves as being members/associates of the Heath Street Gang. Investigations involving members/associates of the Heath Street Gang have continued to the present date.

[2] The Mildred Hailey Housing Development was previously known as the Bromley-Heath Housing Development until its re-naming in 2016.

8. The Heath Street Gang uses various means of identifying itself and its members/associates. For example, members/associates of the Heath Street Gang use the nickname "Heat" to reference the gang (purportedly because firearms were commonly referred to as "heaters" at the time this name was adopted). In this regard, members/associates of the Heath Street Gang also use the Miami Heat NBA team logo as a gang identifier. The Heath Street Gang has also adopted the San Francisco 49ers NFL team logo as an identifier for the gang. The use of this identifier stems from the fact that Heath Street Gang members/associates routinely congregate around 49 Horan Way within the Mildred Hailey Housing Development. The gang further uses "Jurassic Park" as a means of identifying itself because the name shares its initials ("JP") with Jamaica Plain, the neighborhood of the Mildred Hailey Housing Development. Some members/associates of the gang also refer to the Heath Street Gang as being the "Trottie Gang." Based on investigations of members/associates of the Heath Street Gang, as well as my own personal observations, Heath Street Gang members/associates wear clothing and/or have tattoos of the above-mentioned identifiers to reference the gang and identify themselves as being part of the gang. The Heath Street Gang has developed several gang hand signs to indicate Heath Street Gang membership/association – some of these hand signs are based on disrespecting rival gangs. Hand signs used by Heath Street Gang members include an "H" hand sign, used as a Heath Street Gang identifier, as well as an "H" symbol using two middle fingers, used as a derogatory hand sign, meant to denigrate the rival H-Block Gang.

9. Heath Street Gang members/associates use social media postings and music lyrics/videos to publicly assert and affirm gang membership/association, brag about acts of violence they have committed, and denigrate and threaten rival gangs, including the Mission Hill

Gang and the H-Block Gang. In such posts or videos, Heath Street Gang members/associates openly refer to themselves as being part of "Heath," "Heat," "Trottie Gang," and/or "Bromley." Heath Street Gang members/associates frequently appear in the videos wearing Heath Street Gang clothing, often emblazoned with the Miami Heat and San Francisco 49ers logos, and display gang-related symbols or tattoos such as those related to Jurassic Park. Heath Street Gang members also frequently wear clothing produced by the Billionaire Dreamz clothing line. Based on the investigation, "Billionaire Dreamz" is operated by Heath Street member/associate Dawan Searcy[3] and the clothing is considered to be the Heath Street Gang's signature apparel. This was confirmed by Searcy during a conversation with a YVSF officer when Searcy referred to Billionaire Dreamz as "our brand," a statement that law enforcement interpreted to mean that the Billionaire Dreamz clothing is produced by the Heath Street Gang and is intended to be worn by Heath Street Gang members/associates as a gang identifier.

10. As an example of the use of social media by gang members/associates, Heath Street Gang member/associate Jaquori Lyons[4] has generated social media postings that affirm his Heath

---

[3] Searcy is a self-admitted member/associate of the Heath Street Gang per social media postings and publicly released rap songs/videos. In addition, he has been identified as a member/associate of the Heath Street Gang through: (1) recorded jail calls in which gang activities were discussed; (2) criminal activities committed with other Heath Street Gang members/associates; and (3) observations by law enforcement of Searcy interacting with other Heath Street Gang members/associates in circumstances consistent with Searcy being a member/associate of the gang.

[4] Lyons is a self-admitted member/associate of the Heath Street Gang per social media postings and publicly released rap songs/videos. In addition, he has been identified as a member/associate of the Heath Street Gang through: (1) recorded jail calls in which gang activities were discussed; (2) criminal activities committed with other Heath Street Gang members/associates; and (3) observations by law enforcement of Lyons interacting with other Heath Street Gang members/associates in circumstances consistent with Lyons being a member/associate of the gang. In this regard, in a podcast, Lyons openly admitted (1) to being a member/associate of the Heath Street Gang, (2) that the Heath Street Gang was an ongoing enterprise that had been active for a significant period of time, and (3) that the Heath Street Gang was involved in violence with other gangs to such an extent that Lyons was commonly armed with firearms.

Street Gang membership/association. In a series of postings to his Snapchat account in August 2021, Lyons referred to Heath Street as a "hood," indicating "Heath Street" is the name for the Heath Street Gang rather than simply the name of a Boston housing development. Lyons further bragged that "Heat" was "up," meaning that the Heath Street Gang was committing more acts of violence than its rival gangs. Lyons also stated that his "hood" was the most active (violent) "hood" and would go to war with any other gang in Boston. Lyons further openly admitted that the Heath Street Gang actively recruits members to join it. Lyons has continued to make these types of social media postings affirming his Heath Street Gang membership/association. Lyons regularly mocks and denigrates rival gang members and promotes himself and other Heath Street Gang members/associates in social media postings. As recently as March 2023, Lyons made a series of postings to his Snapchat account directing drug customers to fellow Heath Street Gang member/associate Joan Avalo[5] and promoting Avalo's marijuana trafficking operation.

11. Lyons has performed in and produced several rap videos where he raps about specific acts of gang violence committed by himself and members of the Heath Street Gang.[6] One of the areas in which Heath Street Gang members/associates work cooperatively is the commission

[5] Joan Avalo is an active member/associate of the Heath Street Gang. He has been arrested on numerous occasions committing acts of violence on behalf of the Heath Street Gang. Avalo is also engaged in several fentanyl, cocaine, and marijuana trafficking conspiracies with other Heath Street Gang members/associates. Avalo is frequently observed within the Mildred Hailey Housing Development in the company of other Heath Street Gang members/associates.

[6] Heath Street Gang members/associates have been observed displaying handguns and rifles in rap videos. On November 16, 2020, members of the YVSF, while monitoring a Heath Street Gang video shoot, recovered six firearms, all of which were determined to be fully operable, from Heath Street Gang members/associates. The footage from the music video shoot was also recovered, which revealed that several Heath Street Gang members/associates possessed firearms within the Mildred Hailey Housing Development prior to law enforcement's interruption of the video shoot. As a result, several Heath Street Gang members/associates, including Jaquori Lyons and Trevon Bell, were indicted for firearms offenses. In connection with this incident, several state search warrants were executed on February 17, 2021, and four additional firearms and distributable quantities of suspected crack cocaine, fentanyl pills, and marijuana were recovered from Heath Street Gang members/associates.

of violent crimes (including murders and attempted murders) against rivals of the Heath Street Gang. Two of the primary rival gangs of the Heath Street Gang are the H-Block Gang and the Mission Hill Gang – both of which are also Boston-based gangs. Over a period of at least thirty years, the Heath Street Gang has committed numerous murders and attempted murders targeting members/associates of these two rival gangs, as well as other gangs. In turn, the Heath Street Gang has been targeted by their rivals for the same type of violence. This ongoing gang-related violence has continued to the present date.

12. In a rap video entitled "YMNK," which was released under the "Trottie Gang" label in or around November of 2021, Lyons pays homage to a younger Heath Street Gang member, identified as Javeon Phillips, by comparing him to Heath Street Gang member/associate Tsunami Ortiz, who was arrested and charged in a 2015 Mission Hill Housing Development shooting and homicide of a believed Mission Hill Gang member/associate. Ortiz was subsequently convicted of this homicide. In another music video entitled "Free Smoke," Heath Street Gang members/associates point a firearm at an Oakland Raiders hat. The Oakland Raiders emblem is the main identifier of the rival H-Block street gang; later in the video, the hat is set on fire. In the same video Lyons states:

*Tre Moula like Stephen [and] I'm like Clay*
*We play a different type of ball*

Based on the ongoing investigation, "Tre Moula" is a reference to Heath Street Gang member/associate Trevon Bell[7], whom Lyons is comparing to NBA player Stephen Curry. Lyons

[7] Bell is a self-admitted member/associate of the Heath Street Gang per social media postings and publicly released rap songs/videos. In addition, he has been identified as a member/associate of the Heath Street Gang through: (1) recorded jail calls in which gang activities were discussed; (2) criminal activities committed with other Heath Street Gang members/associates; and (3) observations by law enforcement of Bell interacting with other Heath Street Gang members/associates in circumstances consistent with Bell being a member/associate of the gang.

compares himself to Curry's teammate, Klay Thompson. Lyons makes this comparison because both athletes play together and are good "shooters" – consistent with Lyons and Bell being in the same gang and also being shooters for the gang. Lyons further states:

> *N****s know we've been HBK, been blowing on Danny and Mol*
> *Now we blow Dre to the face, with a little Jose ...*

This verse is referencing Heath Street Gang's historical gang feuds. In it, Lyons claims that the Heath Street Gang is responsible for at least four homicides, dating back to 2006. The word "blow/blowing" is another term for "smoke/smoking." Boston gang members often symbolically "smoke" dead rivals whom they claim to have murdered, and frequently refer to them as strains of marijuana that it rea. Lyons starts by saying that everyone knows his gang has been "HBK," which stands for "H-Block Killas." Lyons supports this statement by further claiming that the Heath Street Gang is responsible for the two homicides: H-Block Gang member [redacted] was shot and killed in November of 2006, and H-Block Gang member [redacted] was shot and killed two months later in January of 2007. Lyons continues the verse by saying that the Heath Street Gang has more recently murdered Mission Hill Gang members and claims the gang's responsibility for two murders involving this rival gang: [redacted] was shot and killed in the Mission Hill Housing Development in 2015, and [redacted] was shot and killed in the Mission Hill Housing Development in 2017.

13. As another example, "Sleazy Flow Remix" was released on or about May 2, 2022. In the video, Lyons brags about the Heath Street Gang's responsibility for specific homicides and non-fatal shootings in the Mission Hill Housing Development and surrounding areas. Lyons begins by stating:

> *Last opp we caught was at the station, he got fanned down*

*Broad day, lil bro caught him lackin', he got ran down*
*Luckily he ain't die, the news was actin' like it was a man down*
*Big facts - Lil G gang up on n***as, hands down*

Investigators believe that this verse is a reference to the April 18, 2022, shooting of a Ruggles Street Gang member/associate at the Ruggles MBTA station. The Ruggles Street Gang has historically aligned with the Mission Hill Gang, and the Ruggles MBTA station is located adjacent to the Mission Hill Housing Development in Boston. Heath Street Gang member/associate Shawn-Mathew Smith (who was 15 years old at the time of the incident) was later arrested in relation to this shooting.[8] Smith is prominently featured in the music video, along with several other juveniles.[9] Lyons continues to discuss the number of "opps" (rival gang members/associates) that the Heath Street Gang has targeted, but also recognizes that mentioning the names of specific, targeted rival gang members could result in law enforcement action:

*I can say they names but I might make the feds come for us.*

However, that does not prevent Lyons from referring to specific homicide and non-fatal shooting victims without mentioning them by name:

*Hold up, hold up, wait - somebody pick J-Money's cousin up*
*Pick Lil Jaydo's brother up*
*Nasia's brother - puff him up*
*Taz and Trinny lucky they ain't die, we almost doubled up*
*Sittin' in that car without no pole, boy y'all dumb as fuck*

"J-Money" is a reference to Mission Hill Gang member Jiovanny Matos, who is believed to be

[8] Heath Street Gang members/associates Ronaldo Pires and Jerry Matos were also arrested in relation to this incident. Charges in state court were later dismissed against Matthew Smith; Matos and and Pires remain charged.

[9] Based on the ongoing investigation investigators believe that Lyons allows younger Heath Street Gang members/associates to appear in his videos as a reward for committing acts of violence against rival gangs. This belief is buttressed by the fact that many of the individuals appearing alongside Lyons do so after they have been identified by Boston Police investigators as having committed shootings in rival gang areas. During the course of BPD investigations involving shootings, surveillance video has been recovered showing Lyons interacting with the juvenile shooters both before and after the incidents.

related to [redacted] "Lil Jaydo" is a reference to Mission Hill Gang member Josman Romero-Delgado, who is the brother of [redacted] "Nasia" is a reference to Shawnasia Settles, who is the sister of [redacted] [redacted] were all murdered in the Mission Hill Housing Development. The last of these murders was [redacted] who was shot and killed on June 7, 2021. "[redacted]" is a reference to Mission Hill Gang member [redacted], and "[redacted]" is a reference to Mission Hill Gang member [redacted]. Both [redacted] and [redacted] were non-fatally shot in 2017 while sitting inside a vehicle in the Mission Hill Housing Development. Heath Street Gang member/associate Daiquan Rice was charged and convicted of that shooting in state court.

14. Based on our ongoing investigation (including but not limited to the review of recorded jail calls and other seized electronic communications), the Heath Street Gang consists of separate crews/cliques that operate under the general umbrella of the Heath Street Gang. While an individual may be part of a specific crew or clique, that individual is ultimately a member/associate of the Heath Street Gang. In this regard, on numerous occasions, I have spoken to individuals who have admitted to being members/associates of the Heath Street Gang and who have discussed the different crews/cliques within the gang. The existence of crews/cliques within the gang has been confirmed through recovered communications, including jail calls and electronic communications on cellular phones.

15. As an example of the organized nature of the Heath Street Gang, on September 14, 2020, Jaquori Lyons placed a recorded jail call to a known Heath Street Gang associate, who then connected via three-way to Heath Street Gang member/associate Keyon Roberson.[10] During the

[10] Roberson is a self-admitted member/associate of the Heath Street Gang per social media postings and publicly released rap songs/videos. In addition, he has been identified as a member/associate of the Heath Street Gang

call, Lyons and Roberson discussed another Heath Street Gang member/associate who told Roberson that he was currently only "getting chicken" [a reference to making money] and was not "bending" [a reference committing acts of violence against rival gang members/associates]. Lyons and Roberson criticized the other gang member/associate for only selling drugs and not committing violence on behalf of the Heath Street Gang. Lyons further raised concerns about the oversight of the gang's operations because certain leading members/associates were incarcerated[11], including himself:

> *'Cause those n***as ain't doin nothin. What the fuck are you talkin about? Ain't nobody out there doin nothin really bro. Who the fuck is out there? Me and Worm's locked up, bro. N***a me and Worm said that, yo on dogs me and Worm were locked up, yo bro, it's gonna be no structure in the hood bro. None. Everybody left is either gonna be … Somebody gonna be [unintelligible], somebody gonna have to be top dog. None of that structure shit, bro. Them n***as don't know what they're doing. After I come home man, I'm [unintelligible]…*

"Worm" refers to Heath Street Gang member/associate Jerome Barrows[12], who was also incarcerated at the same time as Lyons. By saying that someone else was going to have to be "top dog" while Lyons was in custody, Lyons identified the fact that he holds a leadership position within the organization, and that someone else needed to oversee gang operations while he was

---

through: (1) recorded jail calls in which gang activities were discussed; (2) criminal activities committed with other Heath Street Gang members/associates; and (3) observations by law enforcement of Roberson interacting with other Heath Street Gang members/associates in circumstances consistent with Roberson being a member/associate of the gang.

[11] Lyons was incarcerated at the time of this call but was subsequently released.

[12] Barrows has been identified as a member/associate of the Heath Street Gang through (1) recorded jail calls and text communications in which gang activities were discussed; (2) criminal activities committed with other Heath Street Gang members/associates; and (3) observations by law enforcement of Barrows interacting with other Heath Street Gang members/associates in circumstances consistent with Barrows being a member/associate of the gang. In one incident that took place on August 8, 2020, Barrows approached a female victim inside the Mildred Hailey Housing Development. Barrows informed the female that Heath Street Gang member/associate Jaquori Lyons had informed him that he "was good to shoot her" if she was observed in Heath Street. Barrows was stopped a short time later and a firearm was recovered from his waistband.

incarcerated.

16. As another example of the gang's structure, investigators have identified a recorded jail call on January 28, 2020, between Heath Street Gang members/associates Trevon Bell (who was incarcerated) and Devonne McDonald-Jones[13] in which they discussed McDonald-Jones meeting with a member of a different Heath Street clique, James Finch,[14] based on an issue involving conflict between cliques related to disrespect being shown by clique members. McDonald-Jones informed Bell that McDonald-Jones had gone to "his [Finch's] building" in the Mildred Hailey Housing Development to have a meeting. Both McDonald-Jones and Finch argued over whether each clique was disrespecting the other clique, including through statements made on social media. Per McDonald-Jones, during the meeting, tensions escalated to the point that another member of Finch's clique approached McDonald-Jones from behind with a firearm on his person, which further escalated the argument. Based on later communications and observations, the conflict between the two cliques within the Heath Street Gang was resolved. Both cliques have been observed together on a regular basis through the present date by law enforcement officers.

17. Another aspect of the ongoing criminal operations of the Heath Street Gang is the recruitment of new members/associates. Investigators have identified that the Heath Street Gang is actively involved in the recruitment of younger individuals (usually juveniles) to join the gang.

[13] McDonald-Jones is a self-admitted member/associate of the Heath Street Gang per social media postings and publicly released rap songs/videos. In addition, he has been identified as a member/associate of the Heath Street Gang through: (1) recorded jail calls in which gang activities were discussed; (2) criminal activities committed with other Heath Street Gang members/associates; and (3) observations by law enforcement of McDonald-Jones interacting with other Heath Street Gang members/associates in circumstances consistent with McDonald-Jones being a member/associate of the gang.

[14] Finch has been a Heath Street Gang member/associate since at least 2007. He has been charged in both state and federal court for drug trafficking offenses. Finch has been arrested on numerous occasions after committing acts of violence against Heath Street Gang rivals.

The large size of the Mildred Hailey Housing Development provides a pool of numerous younger individuals who can potentially be recruited by older Heath Street Gang members/associates. BPD officers have observed younger individuals being recruited into the Heath Street Gang up to the present date – these observations have occurred in person and through communications/ postings on social media. Parents have confirmed that their children have been recruited into the Heath Street Gang consistent with the observations of officers.

18. Between August and September 2020, there were multiple recorded jail calls between Jaquori Lyons and fellow Heath Street Gang members/associates in which they discussed gang recruitment and issues related to recruitment. In one of the calls, Lyons, Trevon Bell, and Devonne McDonald-Jones discussed the fact that Bell had seven new recruits for the gang. Several days later, Bell told Lyons that "we grabbed this little n***a that used to be from Creston, he just left Creston [Creston Street Gang]." In another recorded jail call to Bell, Lyons disparaged gang members who were not recruited into the gang until the age of 18 or 19 because Lyons was recruited at the age of 13. Lyons stated that "by 18, 19, my mind was up n***a … n***as is 12 and 13 in this shit [referring to being in the gang at a young age]."

19. Criminal responsibilities for recruits and younger members/associates often include (1) acting as a lookout while older members/associates carry firearms and/or sell drugs, and (2) holding weapons and/or drugs for members/associates. As an example, Trevon Bell was arrested in 2020 for unlawful possession of a firearm inside a hallway of the Mildred Hailey Housing Development. While in custody, Bell placed a call to Devonne McDonald-Jones on January 15, 2020. During this recorded phone conversation, Bell indicated to McDonald-Jones that younger Heath Street Gang members/associates were in trouble for not alerting Bell to the presence of law

enforcement. McDonald-Jones also asked Bell why he had not ordered younger recruits or members/associates to cover the hallway doors, thus illustrating that the inner hallways of the Mildred Hailey Housing Development are used by Heath Street Gang members/associates to conduct illegal activity and that the Heath Street Gang expects its members/associates to carry out specific jobs aimed at maintaining security within the Mildred Hailey Housing Development.

20. It is the belief of investigators, based upon a review of cellular communications, recorded jail calls, surveillance observations, and interviews with sources with direct knowledge of the Heath Street Gang, that Jaquori Lyons and other members/associates of the Heath Street Gang use younger members/associates of the gang to commit acts of violence at their direction. Multiple younger Heath Street Gang members/associates are currently under investigation or have recently been arrested for committing acts of firearm violence against rival gang members. Many of these individuals are frequently seen in the company of Lyons and other Heath Street Gang members/associates. The practice of older gang members requiring younger prospective gang members to commit acts of violence as an act of initiation is not unique to the Heath Street Gang and is commonly seen in other Boston gang investigations. The particular tactic employed by Lyons and other Heath Street Gang members, rewarding younger members with appearances in Heath Street Gang music videos after having committed violent acts, is somewhat unique.

21. As an example of this gang indoctrination process for new recruits, in a recorded jail call on September 14, 2020, Lyons confirmed that he uses younger gang recruits to commit crimes for him (including carrying firearms):

> *That's why when you see me, I kept two, I got two hooda n***as on me. I kept Lou and I kept Dre. And they had it n***a. You fuckin got me fucked up. I don't wanna hang around n***as that don't have it. Fuck y'all talking about, I'm out here on a bracelet, on my third one ... ride around, eh, I'm done man.*

"Dre" is a reference to Heath Street Gang member/associate Andre Landrum. Shortly after this jail call, when Landrum was just 17 years old, he was twice arrested in possession of an unlawful firearm within a six-month period. Both arrests occurred immediately following shooting incidents within the Mission Hill Housing Development, one of which resulted in a person shot. In both incidents, Landrum was stopped while fleeing the area of the shootings and matching the description of the suspect. In addition to these incidents of violence, Landrum has also been involved in gang-related drug trafficking. On January 22, 2022, while being placed under arrest for several warrants, Landrum was found to be in possession of eight plastic bags of marijuana, 13 small blue pills marked with "M30," 25 orange pills marked with "AD30," a digital scale, and a box of plastic sandwich bags. The blue pills were consistent in appearance with the fentanyl pills that have been advertised by and recovered from other Heath Street Gang members, including Jaquori Lyons. An analysis of the blue pills was conducted by the Massachusetts State Police Crime Laboratory, and they were found to contain fentanyl. The digital scale and plastic baggies are common paraphernalia for street-level drug trafficking. Since the time of his initial arrests, Landrum has been featured prominently in Jaquori Lyons' gang-related rap videos and a podcast interview.

## **<u>Recent Heath Street Gang Activity</u>**

### **<u>Violent Crimes</u>**

22. As noted above, members/associates of the Heath Street Gang have been involved in numerous crimes involving murder over a period of years. These crimes have continued throughout the last approximately three years, including multiple shootings, up to the present date. As discussed above, the members/associates of the Heath Street Gang have openly bragged about

violent crimes committed by the gang in publicly released rap videos. Based on my training and experience, gangs operating in the Boston area and surrounding communities actively use rap videos as a means of taunting and challenging rival gangs by boasting about violence committed against rival gangs in these videos.

**Financial Crimes**

23. Based on our ongoing investigation, members/associates of the Heath Street Gang have committed, and conspired to commit, various types of financial crimes, including money laundering, bank/check fraud, wire fraud, identity theft, and retail theft/robberies. The gang's commission of financial crimes has continued to the present date. Evidence of some of these crimes has been recovered from phones seized in the 2020 time period, including a phone used by Trevon Bell. Evidence seized from phones includes multiple communications involving ongoing financial crime activities/schemes. The communications include the distribution of names and credit card numbers which appear to have been illegally obtained from data breaches and which appear to be used by Heath Street Gang members/associates to commit financial crimes. The evidence seized from phones, as well as other evidence gathered from recorded jails calls, supports that Heath Street Gang members are working together to commit financial crimes and support each other even while incarcerated. For example, investigators have identified multiple recorded 2020 jail calls in which Bell communicated with other Heath Street Gang members/associates to maintain Bell's ongoing credit card fraud operations. As another example, investigators have identified that Heath Street Gang member/associate Rickquille McKinney[15] formed what was

[15] McKinney is a self-admitted member/associate of the Heath Street Gang per social media postings and publicly-released rap songs/videos. In addition, he has been identified as a member/associate of the Heath Street Gang through: (1) recorded jail calls in which gang activities were discussed; (2) criminal activities committed with other Heath Street Gang members/associates; and (3) observations by law enforcement of McKinney interacting with

claimed to be a commercial cleaning company in September 2020 during the COVID-19 pandemic. Based on the investigation, this entity was used to commit financial crimes targeting several federal and state programs related to COVID-19 relief. Investigators have identified that McKinney and Bell were two of the Heath Street Gang members/associates involved. Pursuant to the formation of this entity by McKinney, gang members/associates sold false documents related to the business entity to individuals for $200 per document which could then be used to claim benefits improperly during the pandemic. Investigators have also identified social media postings by Heath Street Gang members/associates in which they advertise their various criminal financial schemes as a means of recruiting individuals to aid them in their schemes. These social media postings have continued through the present date.

24. Per our investigation, members/associates of the Heath Street Gang also commit retail store robberies and thefts of retail stores. These robberies and/or thefts have taken place throughout Massachusetts, as well as in other states. These robberies/thefts have resulted in the loss of merchandise estimated at hundreds of thousands of dollars. The stolen merchandise from the retail stores is thereafter monetized in various ways by gang members/associates. These activities have continued through the present date.

**Trafficking in Controlled Substances**

25. I am aware that members/associates of the Heath Street Gang have been investigated and prosecuted for drug trafficking crimes over a period of multiple years. Our present investigation has identified that Heath Street Gang members/associates have established, and work together, to maintain drug distribution networks throughout Massachusetts, California,

---

other Heath Street Gang members/associates in circumstances consistent with McKinney being a member/associate of the gang.

and Maine. As an example of the gang's ongoing drug trafficking, Heath Street Gang member/associate Joan Avalo was arrested on December 14, 2021, in Boston for trafficking in fentanyl after YVSF officers stopped Avalo and another individual in possession of approximately 69 grams of suspected fentanyl. The fentanyl was recovered inside a magnetic "hide" box pursuant to a traffic stop. During this encounter, YVSF officers seized two telephones from Avalo, one of which was hidden in Avalo's pants. This Affiant subsequently sought and was granted search warrants in U.S. District Court (22-mj-1015-DLC and 21-mj-1017-DLC) for the seized phones. The digital contents of the seized phones were extracted by forensic examiners and reviewed by investigators. This review revealed that Avalo traveled regularly to Maine to supply distribution quantities of fentanyl and cocaine to individuals engaged in drug distribution. The majority of the communications with these dealers were arrangements to collect drug-related debts, orders for specific amounts and types of drugs, and attempts to recruit new dealers for the drug network. Avalo used the pseudonym "Angel" when communicating with members of his drug network and falsely told them he was from New York. It was also discovered that other Heath Street members/associates assisted Avalo in the Maine drug operation, often by driving Avalo from Boston to Maine to collect money and distribute illegal drugs. Heath Street Gang members/associates frequently communicated with Avalo to coordinate efforts to obtain and/or distribute illegal narcotics. For example, a Heath Street Gang member/associate attempted to purchase one pound of marijuana from Avalo in November of 2020, inquiring how much Avalo would charge him for a "plate" – drug terminology for a pound of marijuana. This communication took place via Facebook Messenger, a communication application that allows Facebook account holders to communicate with each other on the Facebook social media platform.

26. On June 13, 2022, an MSP trooper stopped a white Toyota Rav4, which had Joan Avalo, as the driver. The trooper conducted a query of Avalo's license, which confirmed that it had been suspended on December 13, 2021, for failure to pay fine and costs in New Hampshire. The trooper prepared to tow the vehicle and conducted a motor vehicle inventory search. During the search, the trooper located ten large plastic bags containing a significant amount of marijuana hidden in boxes in the trunk. The drugs were seized. At the time of this stop, Avalo was on pre-trial conditional release following a December 14, 2021, arrest for trafficking fentanyl.

27. I am also aware that the Heath Street Gang often uses social media platforms to facilitate the distribution of controlled substances. In April of 2023, investigators observed social media posts by several Heath Street Gang members/associates promoting Joan Avalo's marijuana distribution operation. Using an undercover social media account, investigators contacted Avalo directly and confirmed that he was using his social media account to advertise, negotiate, and arrange the sale of illegal narcotics.

28. As noted herein, one of the controlled substances distributed by the Heath Street Gang is fentanyl.[16] The fentanyl is distributed in powder form as well as in the form of pills which are manufactured to appear as prescription oxycodone pills. These fentanyl pills are often made with blue cutting agents to mimic the color of oxycodone pills and will sometimes have markings

[16] Heath Street Gang members/associates are also involved in the distribution of an expensive brand of marijuana commonly referred to as "Cali-Bud." Cali-Bud is often described as "designer" marijuana due to its high potency, unique packaging, and high monetary value. This type of marijuana is acquired by the Heath Street Gang in large quantities. Based on the investigation, this marijuana is obtained in California. Heath Street Gang members routinely post offers on social media applications to sell this type of marijuana. On October 28, 2021, law enforcement arrested Heath Street Gang members/associates Jaquori Lyons and Dawan Searcy for drug and firearm charges following a motor vehicle stop in Somerville in which officers recovered a loaded 9mm firearm and a distributable quantity of "Cali-Bud" marijuana, packaged for sale, from the vehicle, along with over $7,000 in United States currency.

pressed into the pills that are consistent with commercially-manufactured oxycodone pills. Fentanyl pills made in this manner reap a greater profit as oxycodone pills are more expensive on the street. Investigators have recovered documents and electronic communications that establish that Heath Street Gang members and associates work together to distribute fentanyl, including in this pill form, using social media applications and street-level sales to further this conspiracy. Investigators have also recovered physical evidence of this gang-related fentanyl pill trafficking from multiple Heath Street Gang members/associates.

29. On June 14, 2020, Heath Street Gang member/associate Jerome Platt[17] was stopped by the Boston Police while in the company of Heath Street Gang member/associate Javonte Robinson[18]. During the course of this stop, Platt and Robinson were found to be in possession of 214 pills that were tested and found to contain fentanyl as well as 101 pills that were tested and found to contain methamphetamine. 199 of these pills were recovered from Platt's jacket pocket during a pat frisk of his waist area. Both Platt and Robinson were charged with numerous drug violations though the criminal case was dismissed in December of 2021. Platt was arrested again, on January 2, 2021, for possession of trafficking amounts of crack cocaine, fentanyl powder, and fentanyl pills. This recovery was as a result of a kidnapping investigation conducted by the MSP where it was believed that Platt traveled from Maine to Massachusetts with a female victim. It is

[17] Jerome Platt has been charged in both state and federal court with numerous firearms and drug offenses. He has been an active member/associate of the Heath Street Gang since at least 2006. He has been observed with other Heath Street Gang members/associates within the Mildred Hailey Housing Development on a frequent basis and has been arrested with other Heath Street Gang members/associates on multiple occasions.

[18] Robinson is a self-admitted member/associate of the Heath Street Gang per social media postings and publicly released rap songs/videos. In addition, he has been identified as a member/associate of the Heath Street Gang through: (1) criminal activities committed with other Heath Street Gang members/associates; and (2) observations by law enforcement of Robinson interacting with other Heath Street Gang members/associates in circumstances consistent with Robinson being a member/associate of the gang.

the belief of investigators that Platt was forcing the victim to engage in prostitution and was holding her against her will. It should be noted that the victim in that case later recanted her initial allegations that Platt had kidnapped her. Platt's suspected involvement in human trafficking is currently under investigation.

30. In 2021, the MSP conducted a series of undercover purchases of fentanyl-based pills from Heath Street Gang member/associate Rolando Coxon.[19] These purchases were initiated after Coxon posted video advertisements soliciting sales on the social media platform Snapchat. An undercover MSP Trooper was able to contact Coxon and purchase a quantity of the pills directly from Coxon, who has a lengthy history of violent offenses and illegal firearms possession.

31. On or about February 17, 2021, at approximately 6:00 a.m., BPD officers executed a state search warrant at an apartment used by Jaquori Lyons located at 145 Millet Street, Apartment #3, Dorchester, MA. Pursuant to the execution of the state search warrant, officers knocked and announced themselves at the apartment used by Lyons. Officers subsequently entered the apartment and found Lyons in the apartment along with three female occupants, one of whom was in a relationship with Lyons. There were no other males in the apartment at the time that the BPD officers executed the state search warrant on February 17. For the execution of the search warrant, officers were not only involved in entering the apartment used by Lyons but were also posted outside the apartment building. An officer posted outside observed that, at or about the time that officers attempted initial entry into the apartment, a male came to one of the apartment's windows, opened the window and the screen on the window, and was holding

[19] Coxon has an extensive record of firearm and drug offenses. He was arrested in 2014 and charged in relation to a shooting inside the Mission Hill Housing Development. He has been observed on multiple occasions inside the Mildred Hailey Housing Development with other Heath Street Gang members/associates.

something in his hand. The officer thereafter flashed a light into the window to see what the male was attempting to do. The male backed away from the window. The only male in the apartment was Lyons. Officers subsequently searched the room where Lyons was observed at the window with an object in his hand and seized a loaded handgun from under a couch in the room. The handgun was a 9mm Beretta semi-automatic pistol, bearing serial number X468312, which was loaded with 9mm ammunition and had a round in the chamber of the pistol. The Beretta pistol was subsequently tested by the BPD and found to be operational. Officers also searched a bedroom in the apartment that was identified as being used by Lyons. In a dresser, officers found and seized pay stubs in Lyons' name. Officers also seized (1) a plastic baggie with approximately 19 blue pills which were marked "M" on one side and "30" on the other side, and (2) a plastic baggie containing an off-white substance. The pills were field-tested and the results were consistent with the presence of fentanyl. The off-white substance was also field-tested and the results were consistent with the presence of cocaine base. In a social media posting on or about September 10, 2021, Lyons posted a video of a bag with approximately 20 blue pills consistent with the pills recovered from the apartment and included the phrase "Get Your/ Money Up/ Not The/ Funny Up." In a social media posting on or about July 11, 2022, Lyons posted a video of a bag filled with blue pills consistent with the fentanyl pills seized on February 17, 2021, with the words "They Here."

32. Shortly after Lyons' arrest for the fentanyl pills and the firearm on state charges, Lyons conducted a recorded jail call with his girlfriend, in which the two discussed the seizure of the drugs and the handgun. The two also discussed the collecting of bail money for Lyons from other Heath Street Gang members/associates. Bomman was identified as providing $500 for

Lyons' bail. In a later call, Jameela Gross stated that Heath Street Gang member/associate Dawan Searcy would provide money, but that Searcy had also raised issues as to why other Heath Street Gang members/associates were not contributing to the bail money. Lyons responded that he would deal with the issue when he was released from custody.

33. More recently, on February 24, 2023, members of the Maine Drug Enforcement Agency executed a search warrant at 23 Union Street in Skohegan, Maine. Investigators recovered approximately 287 grams of cocaine and an illegal Glock 9mm firearm from the second floor of the residence. Three individuals were present in the second floor upon the investigator's initial entry. These individuals were identified as Heath Street Gang associates Tavitae Williams (16 years old), Yordany Torres-Lara (18 years old), and Luis Bernardez-Jordan (18 years old). Williams, Torres-Lara, Bernardez-Jordan,[20] and another individual were arrested for narcotics trafficking violations.

34. [redacted], while being held in custody at the Cumberland County Jail, was assaulted by a member of the rival H-Block Gang. After the assault, jail personnel were monitoring inmate phone calls and learned that the incarcerated H-Block Gang member had instructed his girlfriend to publicly announce on social media that he had assaulted a member of the Heath Street Gang. A corrections officer spoke with [redacted] relative to the assault and was informed by [redacted] that Heath Street Gang members/associates Jaquori Lyons and Jaillyn Gerald are his cousins. [redacted] stated that he expected that Lyons and Gerald will seek

[20] Williams, Torres-Lara, and Bernardez-Jordan are active members/associates of the Heath Street Gang. They have been observed on numerous occasions associating with other, often older, Heath Street Gang members/associates. Many of these encounters have taken place within the Mildred Hailey Housing Development. On January 4, 2023, Bernardez-Jordan was stopped in a vehicle driven by Heath Street Gang member/associate Donovan Scarlett. Bernardez-Jordan was arrested after officers recovered several bags of crack cocaine from his pants, totaling approximately 50 grams.

to retaliate against the H-Block Gang when they are informed that he had been assaulted.

35. In early March of 2023, investigators conducted several undercover purchases of fentanyl from Heath Street Gang member/associate Jermaine Robinson. A warrant was sought for Robinson in state court, and he was arrested by members of the Quincy Police Department on March 8, 2023. During the arrest, a distributable amount of fentanyl and crack cocaine were recovered from his person. Robinson was interviewed post-arrest[21] and signed a consent form allowing investigators to search his two cellular phones. A review of the communications of Robinson's phones confirmed that Heath Street Gang members/associates work together to acquire and distribute trafficking amounts of cocaine, fentanyl, marijuana, and ecstasy pills. Charles Bomman was identified through these communications as a source of supply for Heath Street Gang members/associates and would regularly distribute large amounts of fentanyl and cocaine. It was also confirmed in reviewing communications between Robinson and other Heath Street Gang members/associates that the Heath Street Gang has established drug networks throughout the Boston area, including inside the Mildred Hailey Housing Development.

36. On June 8, 2023, YVSF officers were on patrol in the Mildred Hailey Housing Development and observed a red Honda Civic backed into a parking spot at 962 Parker Street. The vehicle was occupied by three males. As the officers drove by the vehicle, they noted it had an expired inspection sticker, a violation of Massachusetts auto laws. The officers observed a male they did not recognize in the driver's seat, a male with a full ski mask on in the front passenger seat, and a male known to them from numerous previous encounters as Heath Street Gang member/associate Jerome Barrows seated in the rear. The officers exited their vehicle and

[21] Robinson admitted to investigators that he was a Heath Street member/associate during this interview.

approached on foot. Upon reaching the vehicle, the operator was identified as Christopher Arias. Officers further recognized the passenger with the ski mask as Heath Street Gang member/associate Cerone Davis.[22] A warrant check of Davis was conducted, revealing that Davis had been issued two felony state warrants for his arrest, as well as a third federal warrant from the United States Marshals Service. Davis was informed of the warrants, removed from the vehicle, and placed under arrest without incident. While conducting a search of his person, a YVSF officer felt a bulge in his groin area that was inconsistent with human anatomy. From his experience, the officer felt the item was consistent with packaged illegal narcotics. The officer removed the item from Davis' waistband, discovering it to be a plastic bag of rice that contained twelve smaller plastic bags of off-white powder believed to be fentanyl. A further search of his person revealed what appeared to be a single white 325 mg oxycodone pill from the coin pocket of his jeans. Several credit cards and bank cards were also found to be in his possession. It is believed the credit cards and bank cards were stolen and intended to be used for fraudulent purposes – consistent with the ongoing financial crimes committed by members/associates of the Heath Street Gang.

**<u>January 6, 2021 Homicide and Recovery of Target Telephones</u>**

37. As set forth above, the Target Telephones were found abandoned and seized during the processing and investigation of a homicide crime scene in the area of 749 Morton Street in the Mattapan neighborhood of Boston, MA on January 6, 2021. As set forth below, per the investigation, the homicide is believed to have stemmed from a gang-related shooting believed to

[22] Davis is a self-admitted member/associate of the Heath Street Gang per social media postings and publicly released rap songs/videos. In addition, he has been identified as a member/associate of the Heath Street Gang through:(1) criminal activities committed with other Heath Street Gang members/associates; and (2) observations by law enforcement of Davis interacting with other Heath Street Gang members/associates in circumstances consistent with Davis being a member/associate of the gang.

have been initiated by Heath Street Gang members/associates targeting rival gang members/associates.

38. At approximately 12:25 a.m. on January 6, 2021, there were two ShotSpotter[23] activations: the first in the area of 745 Morton Street and the second, approximately twenty seconds later, in the area of the rear of 749 Morton Street/on Leston Street. Minutes later, on arrival, responding officers located a male suffering from an apparent gunshot wound to his head on the rear porch of 749 Morton Street,[24] later identified as L.N. L.N. was transported to the Boston Medical Center (BMC). Upon arrival, an emergency room nurse located a .45 caliber firearm on L.N.'s person within his jacket pocket. Officers inspected the firearm and observed it to be in the "cocked position" and with one bullet in the magazine and one in the chamber. Officers took custody of the firearm. Per medical personnel, it appeared that L.N.'s extensive brain trauma indicated that he had lost all motor function immediately upon being shot, indicating that he was shot within the same area where responding officers discovered him. On January 21, 2021, L.N. succumbed to his injuries. An autopsy was conducted, and the cause of death was determined to be complications from a single gunshot wound to his head. L.N.'s manner of death was subsequently determined to be a homicide.

39. On arrival at 749 Morton Street, responding officers also encountered, among other individuals, Amani PERKINS and Zion FORD, self-admitted members/associates of the Heath Street Gang, as further detailed below, and [redacted]. During initial interviews, PERKINS, FORD, and [redacted] denied involvement in the shooting. However, per the investigation, their denials

---

[23] ShotSpotter is a gunshot detection and location technology that alerts law enforcement of gunshot incidents.
[24] 749 Morton Street is a 3-family residence located at the intersection of Morton Street and Leston Street in Mattapan, Massachusetts.

do not line up with the evidence, as set forth herein, and investigators believe that they were fabricating stories in order to conceal their involvement in criminal activity. Additionally, PERKINS stated that he had lost his cell phone.

40. Responding officers established and maintained a crime scene in which ballistic, forensic, and physical evidence was located. Officers also recovered video evidence from both private and public camera systems from the 749 Morton Street area. Several witnesses were interviewed and gave recorded statements.

41. Ballistic and forensic evidence recovered at the crime scene included shell casings recovered from multiple locations. Subsequent analysis indicated that the recovered casings were fired from at least three different firearms. 9mm casings were recovered from the rear of 749 Morton Street, including the rear porch (where responding officers had discovered L.N.) and the common area rear hallway leading to the rear porch, as well as a ski mask on the rear porch. 9mm shell casings were also recovered on the right side of 745 Morton Street. As detailed below, approximately six weeks later, a 9mm firearm was recovered from the residence of Heath Street Gang member Jaquori Lyons that was ballistically linked to the 9mm shell casings recovered from the rear of 749 Morton Street and 745 Morton Street. .45 caliber shell casings were recovered on the left side of 745 Morton Street.[25] These .45 caliber shell casings were examined and confirmed to match the .45 caliber firearm recovered from L.N.'s person at BMC. A 9mm casing and a 9mm cartridge were located in the middle of Morton Street. A 9mm semi-automatic firearm with 9mm cartridges in the magazine and one cartridge in the chamber was located in the rear of 732 Morton Street, approximately across the street from 745 and 749 Morton Street.

[25] 745 Morton Street is located next to 749 Morton Street.

42. Officers observed apparent ballistic damage to vehicles parked (1) on Leston Street just outside of the side entrance of 749 Morton Street, (2) in front of 724 Morton Street, (3) in front of 728 Morton Street, and (4) in front of 745 Morton Street. Based on the investigation, trajectory analysis indicated that the vehicles parked in front of 724 and 728 Morton Street were likely damaged from projectiles that had been fired from across the street approximately at or around 745 and 749 Morton Street. Additional investigatory trajectory analysis indicated that the vehicle parked on Leston Street was likely damaged from projectiles that had been fired from the rear porch of 749 Morton Street.

43. Investigators also recovered two abandoned cellular phones at the scene (the Target Telephones): (1) an abandoned black iPhone in a black case located in the rear of 745 Morton Street (in the flight path from the yard of 745 Morton Street to the rear of 749 Morton Street) (Target Telephone 1), and (2) an abandoned black iPhone in a blue case located on the sidewalk in front of 732 Morton Street (Target Telephone 2). As detailed below, state search warrants for subscriber information, assigned telephone number, and serial or identifying numbers associated to the Target Telephones were subsequently sought and issued, which revealed that (1) the individual associated with Target Telephone 1 is Amani PERKINS and (2) the individual associated with Target Telephone 2 is an individual associated with the Orchard Park Gang.

44. As stated above, investigators recovered video surveillance from both private and public camera systems from the 749 Morton Street area. Investigators reviewed the recovered video footage from the time of the shooting.

a. Video shows a group of four individuals congregating on the side of 749 Morton Street approximately five minutes before the time of the shooting, per the

investigation. Based on the investigation, including witness interviews, these four individuals were identified as Amani PERKINS, Zion FORD, L.N., and [redacted] Investigators determined, including based on witness interviews, that the group of four knew each other at this point in time. Video then captures the group of four moving from the rear of 749 Morton Street to Morton Street and Leston Street at various times, engaging in behavior consistent with conducting counter-surveillance. At one point, video shows a member of the group using what appears to be an electronic device, believed to be a cellular phone, in a manner consistent with taking a photo. Video shows the presumed electronic device produce a flash of light, consistent with a cellular camera photo flash. Based on my training and experience, and the investigation, these movements and actions are consistent with posting a photo to or sending a photo through social media, consistent with the behavior of Boston street gang members/associates, including members/associates of the Heath Street Gang, to taunt, denigrate, and/or lure rival gang members/associates to the phone user's location.

b. Approximately three minutes later per the investigation, video captures the group of four (believed to be PERKINS, FORD, L.N., and [redacted]) go to the rear of 749 Morton Street. Shortly thereafter, video shows individuals (believed to be the group of four) approach the front yard of adjacent 745 Morton Street from either side of 745 Morton Street and position themselves therein.

c. At approximately the same time, video shows a group of three individuals walking near 732 Morton Street (approximately across the street from 745 Morton Street).

Based on the investigation, including the results of a state search warrant for subscriber information associated with the abandoned phone recovered in the area of 732 Morton Street (Target Telephone 2) indicating that the subscriber of Target Telephone 2 is an individual associated with the Orchard Park Gang, investigators believe that members of this group are associated with the Orchard Park Gang, one of the Heath Street Gang's primary rivals.

d. Seconds later, video captures an exchange of gunfire between the group of four (believed to be PERKINS, FORD, L.N., and [redacted] and the group of three (believed to be Orchard Park Gang members/associates).

e. Per the investigation, the first ShotSpotter activation (in the area of 745 Morton Street) occurred at approximately the same time that video shows exchange of gunfire.

f. After the exchange, video shows both groups flee their respective locations. Video captures the group of three flee up Morton Street towards Blue Hill Avenue and shows two run up the driveway of 732 Morton Street. As stated, Target Telephone 2 was recovered in front of 732 Morton Street and a 9mm firearm was recovered from the rear of 732 Morton Street, consistent with the observed flight path of the group of three.

g. Video shows the group of four (believed to be PERKINS, FORD, L.N., and [redacted]) run back from 745 Morton Street to the rear of 749 Morton Street. As stated, Target Telephone 1 was recovered in the rear of 745 Morton Street, consistent with the observed flight path of the group from the front of 745 Morton Street to the rear of

749 Morton Street. Video shows two individuals arrive at the rear of 749 Morton Street together, followed by a third individual and then a fourth individual.

h. Per the investigation, the second ShotSpotter activation (in the area of the rear of 749 Morton Street/on Leston Street) occurred at approximately the same time that video shows the third individual arrive at the rear of 749 Morton Street.

i. As stated, 9mm shell casings were recovered from the rear porch of 749 Morton Street. These shell casings were examined and confirmed to match casings recovered from the front of 745 Morton Street. As detailed below, these casings were found through National Integrated Ballistic Information Network (NIBIN) analysis to be linked to a 9mm firearm recovered from Heath Street Gang member Jaquori Lyons' residence approximately six weeks later, on February 17, 2021, during a state search warrant execution.

45. A BPD investigator was subsequently provided Target Telephone 1 and informed that it had previously belonged to L.N. The investigator started to review Target Telephone 1 and briefly scrolled through the Facebook, Snapchat, and iMessage applications. The investigator took approximately three photographs of the phone's content. After observing an iMessage communication directed to "Amani," as well as observing that the Snapchat account on Target Telephone 1 had posted a photo showing PERKINS at the intersection of Morton Street and Leston Street shortly before the time of the January 6, 2021 shooting, the investigator came to believe that the phone likely did not belong to L.N. but instead, likely belonged to Amani PERKINS. Upon determining that he had likely been misinformed as to the owner of Target Telephone 1, the investigator powered the phone down and notified his supervisor and the state prosecutor. A state

search warrant for subscriber information associated with Target Telephone 1 was subsequently sought and issued. Based on the investigation and the results of that search warrant, the individual associated with Target Telephone 1 is Amani PERKINS.

46. As stated, a state search warrant for subscriber information associated with Target Telephone 2 was also sought and issued. Based on the investigation and the results of that search warrant, the subscriber of Target Telephone 2 was an individual associated with the Orchard Park Gang.

47. Based on the investigation, including the above, review of video footage, analysis and recovery locations of shell casings and ballistic damage, and witness interviews, investigators believe that Heath Street Gang members/associates PERKINS and FORD, and L.N. and [redacted] upon seeing the three group of three individuals approach the area, took up shooting positions adjacent to the front of 745 Morton Street to ambush rival gang members/associates. The investigation has not revealed any evidence that any individuals were struck by gunfire during the exchange. Based on my training and experience and the investigation, the movements of the individuals shown on the video footage are consistent with the location and groupings of shell casings recovered in the front and sides of 745 Morton Street and on Morton Street. As stated, subsequent analysis indicated that the recovered casings were fired from at least three different firearms.

48. Based on the investigation - including witness interviews and video showing (i) a group of four (believed to be Heath Street Gang members/associates PERKINS and FORD, and L.N. and [redacted] standing next to 749 Morton Street at the intersection of Morton Street and Leston Street engage in behavior consistent with counter surveillance and then one member appear to use an electronic device believed to be a cellular phone in a manner consistent with taking a photo; (ii)

minutes later, a group of three individuals approach the area from near 732 Morton Street, believed to be members/associates of the Orchard Park Gang, one of the Heath Street Gang's primary rivals; (3) the group of four (believed to be PERKINS, FORD, L.N. and [redacted]) position themselves in a manner consistent with taking up shooting positions adjacent to the front of 745 Morton Street; (iv) an ensuing gunfire exchange; and (v) the results of a state search warrant of the SIM card of the abandoned phone recovered in the area of 732 Morton Street (where the group of three approached from and then fled) (Target Telephone 2), indicating that the subscriber of Target Telephone 2 is an individual associated with the Orchard Park Gang - investigators believe that Heath Street Gang members/associates through the use of a cellular phone, lured rival Orchard Park Gang members/associates to the area of Morton Street and Leston Street for the purpose of committing a gang-related shooting. Based on investigation and my training and experience, Boston street gang members/associates commonly initiate acts of violence by making their current location known using a cellular phone, including social media, and calling out specific rival gangs. This has the effect of luring potential targets of violence to the initiators' location. In the event the invitation is ignored, it is common for the initiators to taunt the rival gang.

49. Based on the investigation, including video and witness interviews, investigators believe that following the gunfire exchange, the group of four ran back from the adjacent 745 Morton Street to the rear of 749 Morton Street in two separate groups: FORD and PERKINS followed by L.N. and [redacted] It is further believed, based on the investigation, that FORD or PERKINS mistook the second group (comprised of L.N. and [redacted]) as opposing rivals and/or threats, and reacted by firing defensively from the rear porch of 749 Morton Street, and that one of these bullets struck L.N. as he ran onto the rear porch of 749 Morton Street.

50. As referenced above, a state search warrant was executed on February 17, 2021 at Heath Street Gang member Jaquori Lyons' residence, 145 Millet Street in Dorchester, MA. Officers recovered a 9mm Beretta semi-automatic pistol loaded with 9mm ammunition and one round in the chamber from under a couch in a room in which Lyons was observed at the window with an object in his hand, as well as a quantity of fentanyl pills and crack cocaine from a bedroom identified as being used by Lyons. A shell casing from the 9mm Beretta was entered into NIBIN, which revealed that it matched 9mm casings recovered from the January 6, 2021 Morton Street homicide crime scene described herein in which four Heath Street Gang members/associates are believed to have been involved. Specifically, NIBIN indicated that the 9mm Beretta matched 9mm casings found in the area of 745 Morton Street and on the rear porch of 749 Morton Street. Based upon the investigation. investigators believe that the 9mm Beretta firearm recovered from Lyons' residence on February 17, 2021 (approximately six weeks after the January 6, 2021 Morton Street shooting) was the same firearm used to fatally shoot L.N. on January 6, 2021.

**Heath Street Gang-Related Activity of Amani PERKINS and Zion FORD**

51. PERKINS and FORD are both self-admitted members/associates of the Heath Street Gang. Additionally, the ongoing investigation has identified PERKINS and FORD as active members/associates, including as detailed below.

52. PERKINS has appeared on multiple social media posts with other Heath Street Gang members/associates, wearing Heath Street Gang-related clothing and flashing Heath Street Gang-related hand signs. He has also appeared alongside other Heath Street Gang members/associates in publicly-released Heath Street Gang rap songs/videos. Additionally, he has a tattoo on his hand of the San Francisco 49er's football team logo, a common Heath Street Gang

symbol. PERKINS has frequently been observed in the company of Heath Street Gang members/associates, often within the Mildred Hailey Housing Development, and has been arrested on multiple occasions with other Heath Street member/associates.

53. On December 3, 2017, officers responded to a call for an apartment break-in within the Mildred Hailey Housing Development and observed PERKINS with other Heath Street Gang members/associates, including Keyon Roberson, walking away. Upon being asked to stop so that the officer could talk to them, members of the group, including PERKINS, immediately ran away. Officers saw one of the members of the group remove a firearm from his waist area and toss it over a fence. The individual was arrested for firearms offenses.

54. On December 7, 2019, PERKINS, FORD, and fellow Heath Street Gang members/associate Keyon Roberson were arrested after they were observed travelling in a vehicle that drove through a red light near the Mission Hill Housing Development, which is considered territory of one of Heath Street Gang's rivals, the Mission Hill Gang. Officers attempted to stop the vehicle. The vehicle fled and crashed into a pole a short time later. Officers observed PERKINS (the front passenger) appear to grab something from the backseat area of the vehicle before appearing to throw it back and flee. The occupants (PERKINS, FORD, and Roberson) fled on foot. After a foot pursuit, officers recovered two loaded firearms: one from FORD and one from the backseat area of the vehicle. All three were arrested on firearms-related charges. Based on the investigation, including a review of recorded jail calls,[26] investigators believe that

[26] For example, on January 24, 2020, in a recorded jail call, Roberson was admonished by a more senior Heath Street Gang member/associate for acting recklessly and being caught by the police. In the call, Roberson responded that the senior member/associate was being disingenuous because: "You know what the day was" (i.e., the two-year anniversary of the murder of the Heath Street Gang member). Thus, Roberson was arguing that he and the other two members/associates were justified in seeking to commit a retaliatory murder targeting the Mission Hill Gang on the anniversary of the prior murder. The senior member/associate responded that Roberson had to know that the police would be on alert and that he could have done the shooting on another day to avoid the extra police diligence. The

PERKINS, FORD, and Roberson intended to commit a shooting targeting Mission Hill Gang members/associates. Additionally, the incident occurred in the early morning hours following the two-year anniversary of the murder of a Heath Street Gang member. Based on the investigation, it is the belief of members/associates of the Heath Street Gang that the Mission Hill Gang is responsible for the murder. Based on the investigation and my training and experience, it is common for Boston gang members to commit acts of violent revenge on anniversaries of the death of their associates.

55. On March 31, 2022, PERKINS was arrested in Lincoln, Maine for firearm and narcotics offenses. During this incident, law enforcement officers responded to a residence after a male associated with the residence reported to police that two black males from Boston were in the residence, had threatened to kill him, and were armed. Responding officers found PERKINS and a second male who, based on the investigation, is a Heath Street Gang member/associate. Both were taken into custody and a consent search on the residence was conducted. A firearm and approximately 50 grams of powder cocaine, approximately 20 grams of crack cocaine, and approximately eight grams of fentanyl were recovered.

56. As stated, FORD was arrested on firearms-related charges on December 7, 2019 with PERKINS and Roberson in rival gang territory. Since that time, FORD has been stopped by law enforcement on multiple occasions with other Heath Street Gang member/associates, often within the Mildred Hailey Housing Development. FORD has actively promoted the Heath Street Gang on social media and has made posts supporting of the Heath Street Gang and denigrating rival gangs. He has appeared in numerous publicly-released Heath Street Gang rap songs/videos

---

member/associate further told Roberson that Roberson had to act in a more deliberate fashion to avoid being caught.

and has taken part in at least one Heath Street Gang video podcast, standing alongside other Heath Street Gang members/associates.

57. On May 8, 2021, approximately six months after L.N.'s death, at approximately 10:57 p.m., FORD was stopped in a vehicle with fellow Heath Street Gang member/associate Michael Robinson-Van Rader[27] near the Mildred Hailey Housing Development after officers observed the vehicle travelling with its headlights off. FORD provided officers a name of "Chance Brown" which yielded negative results in a CJIS query and exhibited various types of nervous behavior. For officer safety and concerns that FORD was providing false information, FORD and Robinson-Van Rader were removed from the vehicle. FORD fled on foot and was not apprehended. The vehicle was searched, and a loaded firearm was recovered in the center console. FORD and Van Rader were charged with firearms-related charges. A review of recovered cellular communications between a younger Heath Street Gang member/associate and Robinson-Van Rader that occurred earlier that day (May 8, 2021) indicates that Robinson-Van Rader had been given the location of a rival gang member and purported target of Heath Street Gang violence prior to FORD and Robinson-Van Rader being stopped in the vehicle.

58. Based on the above, there is probable cause to believe that PERKINS and FORD have been and are active members/associates of the Heath Street Gang. As noted above, there is further probable cause to believe that members/associates of the Heath Street Gang, including

[27] Robinson-Van Rader is a self-admitted member/associate of the Heath Street Gang per social media postings and publicly released rap songs/videos. In addition, he has been identified as a member/associate of the Heath Street Gang through: (1) recorded jail calls in which gang activities were discussed; (2) criminal activities committed with other Heath Street Gang members/associates; and (3) observations by law enforcement of Robinson-Van Rader interacting with other Heath Street Gang members/associates in circumstances consistent with Robinson-Van Rader being a member/associate of the gang. On September 20, 2023, Robinson-Van Rader was indicted in federal court with one count of possession with intent to distribute cocaine within 1,000 feet of a public housing facility, in violation of 21 U.S.C. §§ 841(a)(1), 860(a). 23-cr-10255-DLC.

PERKINS and FORD, are engaged in racketeering activities and possess firearms in furtherance of their drug trafficking activities, to shoot at rival gang members, as well as other racketeering activities.

**Investigators' Possession of the Equipment**

59. The Target Telephones are currently in the possession of the Boston Police Department, and are being stored at its facilities, as described in Attachments A-1 and A-2. Investigators recovered the Target Telephones on January 6, 2021 abandoned at the scene of a homicide in the area of 749 Morton Street.

60. Therefore, while the investigators might already have all necessary authority to examine the Target Telephones, I seek this additional warrant out of an abundance of caution to be certain that its search will comply with the Fourth Amendment and other applicable laws.

**PROBABLE CAUSE TO BELIEVE THAT THE EQUIPMENT CONTAINS EVIDENCE, FRUITS, AND INSTRUMENTALITIES**

61. Based upon the facts set forth in this affidavit, there is probable cause to believe the Target Telephones, described more fully in Attachments A-1 and A-2, contain evidence, fruits, and instrumentalities of the Target Offenses. As set forth above, we are presently investigating the Heath Street Gang for federal crimes, including RICO conspiracy pursuant to 18 U.S.C. § 1962(d). As set forth above, the Target Telephones were located in circumstances consistent with gang-related racketeering activities, including attempted murder / conspiracy to commit murder. Specifically, the Target Telephones were found abandoned at the scene of a shooting that, per the investigation, is believed to have involved and been initiated by Heath Street Gang

members/associates targeting rival gang members/associates. In this regard, the Target Telephones were located in the rear of 749 Morton Street and the sidewalk of 732 Morton Street. Based on the investigation, including review of video footage, ballistic evidence recovered at the scene, interviews, the locations where the abandoned Target Telephones were recovered, and the results of state search warrants for subscriber information associated with the Target Telephones, investigators believe that Target Telephone 1 was used by one of the group of four Heath Street Gang members/associates who initiated the shooting and believe that Target Telephone 2 was used by one of the group of three individuals who arrived and engaged in a gunfire exchange, believed to be Orchard Park gang members/associates. At least two of the group of four Heath Street Gang members/associates believed to be involved in the shooting, PERKINS and FORD, have an active social media presence and regularly promote the Heath Street Gang and appear alongside other Heath Street Gang members/associates.

62. Based on my training and experience, I am aware that a common practice of street gangs, such as the Heath Street Gang, is to act in concert with each other and commit various crimes together. These crimes include violent crimes (such as murders and robberies), drug trafficking, financial crimes, and firearms crimes. Based on my training and experience, I am aware that gang members/associates will use cellular phones to communicate with each other in a variety of ways, including calls and electronic messages. They will also utilize cellular phones to facilitate their illegal activities, including by communicating with other gang members, associates, and/or co-conspirators before, during, and after the commission of crimes to organize themselves, set up meeting times, and cover up their crimes. Based on my training and experience, I am aware that gang members/associates will use cellular phones to communicate gang-related information

such as: (1) the location of rival gang members/associates for security purposes and for the purpose of targeting these rival gang members/associates for violence; (2) the identification of locations/residences used by rival gang members/associates for security purposes and for the purpose of targeting rival gangs for violence; (3) the identification of individuals working with other rival gangs (such as young women) for security purposes; (4) information regarding law enforcement (such as alerts to the presence of law enforcement in a certain area at a certain time); (5) information concerning fellow gang members/associates, such as whether an individual may be injured or incarcerated or may be viewed as either cooperating with law enforcement or friendly with potential rivals; (6) information concerning financial issues, such as raising money to purchase firearms or to pay for an incarcerated member/associate's bail or to provide money to an incarcerated member/associate; and (7) the sharing of gang-related media, such as gang-related photos or videos or social media postings.

63. Based on my training and experience, street gang members/associates such as PERKINS and FORD, other Heath Street Gang members/associates, and Orchard Park members/associates, will commonly maintain/keep evidence regarding their gang activities on their cellular phones. The type of evidence commonly maintained/kept on cellular phones includes, but is not limited to, images/videos regarding the gang, communications involving gang activities (including criminal activities), and notes/ledgers regarding gang activities (such as notes/ledgers involving drug trafficking). For example, based on my training and experience, I am aware that cellular phones used by gang members will include videos/images of: (1) gang members/associates congregating together; (2) gang members/associates flashing gang hand signs; (3) threats against other gangs or against their gang by rival gangs; and (4) gang

members/associates displaying firearms, either singularly or together with other gang members/associates. I am aware that gang members/associates will keep/maintain notes/ledgers on their cellular phones involving drug debts and amounts of drugs distributed to others. I am also aware that members/associates will keep/maintain notes on their cellular phones involving rap song lyrics that involve gang-related topics/information. There is probable cause to believe the Target Telephones will contain communications, photos, videos, and other items concerning PERKINS', FORD's, and/or other Heath Street Gang and/or rival Orchard Park Gang members/associates' membership in, affiliation with, and/or criminal activities involving the Heath Street Gang, and that those items will constitute evidence of the Target Offenses.

64. I know that gang members/associates who are involved in the drug trade (which I am aware is a racketeering activity for the purposes of RICO) will use cellular telephones in order to communicate/coordinate their activities. Communication in criminal enterprises such as drug distribution conspiracies is crucial, and the most common way of communication is through mobile cellular devices. During the investigation, investigators have recovered phone communications including group communications in which Heath Street Gang members/associates, including PERKINS, have discussed gang-related topics, including criminal activities.

65. As stated, Heath Street Gang members/associates use social media applications to arrange and carry out sales of illegal narcotics. Cellular devices are an essential component of this as the cellular device is the manner in which the social media application is operated. Photographs and videos of the illegal narcotics being sold are uploaded from the cellular phone's internal memory onto the social media application and posted to prospective buyers. Cellular devices,

including the Target Telephones, allow this process to take place in a matter of seconds. Investigators have observed that individuals engaged in sales of illegal narcotics have increasingly begun to use social media applications as the preferred method to advertise and arrange illegal narcotics transactions due to its convenience to the seller as well as the mitigation of risk in being detected by law enforcement in street level surveillance efforts.

66. As discussed above, the equipment is currently being stored by investigators at their facilities as described in Attachments A-1 and A-2. From my training and experience and the training and experience of law enforcement personnel who routinely handle this equipment, I understand that it has been stored in a manner in which its contents are, to the extent material to this investigation, in substantially the same state as they were when it first came into the investigators' possession.

67. From my training, experience, and information provided to me by other officers/agents, I am aware that individuals frequently use computer equipment to carry out, communicate about, and store records regarding their daily activities. These tasks are frequently accomplished through sending and receiving e-mail, instant messages, and other forms of phone or internet-based messages; scheduling activities; keeping a calendar of activities; arranging travel; purchasing items; searching for information including information regarding travel and activities; accessing personal accounts including banking information; paying for items; and creating and storing images and videos of their movements and activities.

68. Based on my training, experience, and information provided by other law enforcement officers, I know that many smartphones (which are included in Attachment B's definition of "hardware") can now function essentially as small computers. iPhones and Samsung

cellular phones, such as the Target Telephones, are a type of smartphone. Smartphones have capabilities that include serving as a wireless telephone, digital camera, portable media player, GPS navigation device; sending and receiving text messages and e-mails; and storing a vast range and amount of electronic data. Examining data stored on devices of this type can uncover, among other things, evidence that reveals or suggests who possessed or used the device.

69. From my training, experience, and information provided to me by other agents, I am aware that individuals commonly store records of the type described in Attachment B in mobile phones, computer hardware, computer software, and storage media.

70. Based on my knowledge, training, experience, and information provided to me by other officers/agents, I know that data can often be recovered months or even years after it has been written, downloaded, saved, deleted, or viewed locally or over the Internet. This is true because:

a. Electronic files that have been downloaded to a storage medium can be stored for years at little or no cost. Furthermore, when users replace their electronic equipment, they can easily transfer the data from their old device to a new one;

b. Even after files have been deleted, they can be recovered months or years later using forensic tools. This is so because when a person "deletes" a file on a device, the data contained in the file often does not actually disappear; rather, that data remains on the storage medium until it is overwritten by new data, which might not occur for long periods of time. In addition, the device's operating system may also keep a record of deleted data in a "swap" or "recovery" file;

c. Wholly apart from user-generated files, electronic storage media often contain electronic evidence of how the device has been used, what it has been used for, and who has used it. This evidence can take the form of operating system configurations, artifacts from operating system or application operation, file system data structures, and virtual memory "swap" or paging files. It is technically possible to delete this information, but users typically do not erase or delete this evidence because special

software is typically required for that task;

d. Similarly, files that have been viewed over the Internet are sometimes automatically downloaded into a temporary Internet directory or "cache." The browser often maintains a fixed amount of hard drive space devoted to these files, and the files are overwritten only as they are replaced with more recently viewed Internet pages or if a user takes steps to delete them.

## CONCLUSION

71. Based on the information described above, I have probable cause to believe that Amani PERKINS, Zion FORD, and other members and/or associates of the Heath Street Gang, have violated 18 U.S.C. §§ 1962(d), 924(c), and/or 922(g)(1).

72. Based on the information described above, I also have probable cause to believe that evidence, fruits, and instrumentalities of these crimes, as described in Attachment B, are contained within the Target Telephones described in Attachments A-1 and A-2.

73. I request, pursuant to 18 U.S.C. § 3103a(b) and Federal Rule of Criminal Procedure 41(f)(3), that the Court authorize the officer executing the warrants to delay any required notice for approximately 90 days, until May 5, 2024, because there is reasonable cause to believe that providing immediate notification may have an adverse result, as defined in 18 U.S.C. § 2705. Providing immediate notice would seriously jeopardize the ongoing investigation by prematurely revealing its existence and giving suspects an opportunity to flee from prosecution, destroy or tamper with evidence, intimidate potential witnesses, notify confederates, and/or change patterns of behavior.

74. I further request that the Court order that all papers in support of this application, including the affidavit and search warrants, be sealed until further order of the Court, except that the government may produce them in criminal discovery. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Brian Ball DLC

Brian Ball
Detective, Boston Police Department

Signed electronically and sworn to telephonically in accordance with Federal Rule of Criminal Procedure 4.1 on 2/6, 2024

HON. DONALD L. CABELL
UNITED STATES CHIEF MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ATTACHMENT A-1**
**Description of Equipment to Be Searched**

Target Telephone 1 is a black iPhone in a black case with assigned IMEI 354918098294783, recovered abandoned in the area of 745 Morton Street on January 6, 2021. Target Telephone 1 is currently in the possession of the Boston Police Department Homicide Unit, being stored at its facilities at 1 Schroeder Plaza, Boston, Massachusetts. Images of Target Telephone 1 are below.







**ATTACHMENT A-2**
**Description of Equipment to Be Searched**

Target Telephone 2 is a black iPhone in a blue case with assigned IMEI 356462104120714, recovered abandoned in the area of 732 Morton Street on January 6, 2021. Target Telephone 2 is currently in the possession of the United States Secret Service, being stored at its facilities at 10 Causeway Street, Boston Massachusetts. Images of Target Telephone 2 are below.






**ATTACHMENT B**
**Items to Be Seized**

I. All records, in whatever form, and tangible objects that constitute evidence, fruits, or instrumentalities of 18 U.S.C. §§ 1962(d), 924(c), and 924(o), including those related to:

A. The following people and entities:

1. Amani Perkins, Zion Ford, L.N., and Tylaun Hill;

2. Heath Street Gang and its members and/or associates; and/or

3. Orchard Park Gang and its members and/or associates

B. The following topics:

1. The commission or planned commission of racketeering activity (as defined in 18 U.S.C. § 1961) by Heath Street Gang members and/or associates including, but not limited to, murders, attempted murders, home invasions, robberies, drug trafficking crimes, financial crimes, witness intimidation, and obstruction of justice;

2. The commission or planned commission of gang-related firearms crimes by Amani Perkins, Zion Ford, and other Heath Street Gang members and/or associates;

3. Communications involving the Heath Street Gang, including, but not limited to, gang membership/association, gang operations, gang security, racketeering activities involving the Heath Street Gang, gang-related financial information, gang-related financial transactions; and

4. Heath Street Gang membership and/or association, including but not

limited to gang-related photographs, images, or videos (such as group photos of gang members, photos of other gang members/associates, gang-related graffiti, gang-related hand signs, guns or drugs possessed by the gang, stacks of money, gang-related symbols).

C. The payment, receipt, transfer, or storage of money or other things of value by Amani Perkins, Zion Ford, and other Heath Street Gang members and/or associates, including:

1. Bank, credit union, investment, money transfer, and other financial accounts;
2. Credit and debit card accounts;
3. Tax statements and returns;
4. Business or personal expenses;
5. Income, whether from wages or investments; and
6. Loans.

D. The travel or whereabouts of Amani Perkins, Zion Ford, and other Heath Street Gang members and/or associates in furtherance of the crimes listed above.

E. The identity, location, and travel of any co-conspirators, as well as any co-conspirators' acts taken in furtherance of the crimes listed above.

F. Evidence of who used, owned, or controlled the equipment.

G. Evidence of malicious computer software that would allow others to control

the equipment, software, or storage media, evidence of the lack of such malicious software, and evidence of the presence or absence of security software designed to detect malicious software;

H. Evidence of the attachment of other hardware or storage media;

I. Evidence of counter-forensic programs and associated data that are designed to eliminate data;

J. Evidence of the times the equipment was used;

K. Passwords, encryption keys, and other access devices that may be necessary to access the equipment;

L. Records relating to accounts held with companies providing Internet access or remote storage of either data or storage media; and

M. Records relating to the ownership, occupancy, or use of the location from which the equipment was obtained by law enforcement investigators.

II. Serial numbers and any electronic identifiers that serve to identify the computer equipment.

**DEFINITIONS**

For the purpose of this warrant:

A. “Equipment” means any hardware, software, storage media, and data.

B. “Hardware" means any electronic device capable of data processing (such as a computer, digital camera, cellular telephone or smartphone, wireless communication device, or GPS navigation device); any peripheral input/output device (such as a keyboard, printer, scanner, monitor, and drive

intended for removable storage media); any related communication device (such as a router, wireless card, modem, cable, and any connections), and any security device, (such as electronic data security hardware and physical locks and keys).

C. "Software" means any program, program code, information or data stored in any form (such as an operating system, application, utility, communication and data security software; a log, history or backup file; an encryption code; a user name; or a password), whether stored deliberately, inadvertently, or automatically.

D. "Storage media" means any media capable of collecting, storing, retrieving, or transmitting data (such as a hard drive, CD, DVD, USB or thumb drive, or memory card).

E. "Data" means all information stored on storage media of any form in any storage format and for any purpose.

F. "A record" is any communication, representation, information or data. A "record" may be comprised of letters, numbers, pictures, sounds or symbols.