UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 23cr10186-ADB |
| | ) | |
| ZION FORD | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR RECONSIDERATION**

The United States hereby moves that the Court grant an extension of the time to file an opposition to Defendant's Motion for Reconsideration (Doc. No. 706). The government's response to the motion is presently due on November 23, 2026. Counsel for the government requests that the government's response brief be filed on December 7, 2026, which is an additional 14 days, because the government needs additional time to respond to the motion.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Michael Crowley*
MICHAEL CROWLEY
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I, Michael J. Crowley, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on this date.

*/s/ Michael J. Crowley*
MICHAEL J. CROWLEY
Assistant U.S. Attorney